THE GYPSUM, PLASTER, AND STUCCO COMPANY v. WILLIAM E. GROVE, CIRCUIT JUDGE OF KENT COUNTY.

*Attachment—Shares of stock—Equitable interest.*

Shares of stock in which the debtor has only a *beneficial* interest, and the legal title to which is vested in a third person as trustee, are not subject to attachment.

*Mandamus.* Argued October 24, 1893. Denied November 28, 1893.

Relator sued out of respondent's court a writ of attachment, and sought to levy it upon certain shares of stock issued by a Michigan corporation to defendant's manager as trustee, defendant being a foreign corporation. Defendant claimed a beneficial interest in the stock, but its name did not appear upon the corporate books or stock certificate, and the legal title to the stock was vested in the trustee at the time of the attempted attachment. Respond-

ent dismissed the attachment proceedings, and relator applied for *mandamus* to vacate the order of dismissal.

*Smiley, Smith & Stevens,* for relator.

*Butterfield & Keeney,* for respondent.

PER CURIAM. The writ is denied. The case falls within the rule laid down in *Van Norman v. Circuit Judge,* 45 Mich. 204, it appearing that there is no estoppel.